**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| NEUROS CO., LTD. and AVIATION AND POWER GROUP INC., d/b/a APG-NEUROS, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 1:08-cv-05939 |
| v. | ) ) | District Judge John W. Darrah |
| KTURBO, INC., | ) ) | |
| Defendant. | ) | |

## JOINT MOTION TO ENTER STIPULATED JUDGMENT

Pursuant to the parties' Settlement Agreement, Fed. R. Civ. P. 54, and Fed. R. Civ. P. 58, Plaintiffs Neuros Co., Ltd. and Aviation and Power Group Inc., d/b/a APG-Neuros, Inc. (collectively, APG-Neuros) and Defendant KTurbo, Inc. jointly ask that the Court enter the Stipulated Judgment attached to this Motion as Exhibit A. In support of this request, the parties state as follows.

1. On May 4, 2011, this Court entered judgment in favor of APG-Neuros on its defamation *per se* claim, awarding APG-Neuros $10,000 in compensatory damages and $50,000 in punitive damages. On APG-Neuros's remaining claims, the Court entered judgment for KTurbo. With respect to each of KTurbo's counterclaims, the Court entered judgment for APG-Neuros. *See* DCT Dkt. 245.[1]

2. KTurbo appealed this Court's decision on APG-Neuros's defamation *per se* claim. DCT Dkt. 249; CTA Dkt. 29 at 25-27. APG-Neuros then cross-appealed from the denial

---

[1] Citations to "DCT Dkt. __" refer by docket number to papers filed and orders entered in this case. Citations to "CTA Dkt. __" refer by docket number to papers filed and orders entered in Seventh Circuit appeal no. 11-2260.

of its claims under the Lanham Act and Illinois's Deceptive Trade Practices Act ("DTPA"). *See* DCT Dkt. 255; CTA Dkt. 56 at 19.

3. Meanwhile, on August 25, 2011, this Court awarded APG-Neuros an additional $23,655.26 for costs incurred during the course of district court proceedings. DCT Dkt. 270. There was no appeal from that order.

4. On October 15, 2012, the Seventh Circuit issued an opinion that (a) affirmed the judgment for APG-Neuros on its defamation *per se* claim, (b) reversed the judgment for KTurbo on APG-Neuros's Lanham Act and DTPA claims, and (c) remanded the Lanham Act and DTPA claims for consideration of attorneys' fees and injunctive relief. CTA Dkt. 61. The Seventh Circuit also awarded costs to APG-Neuros, as the prevailing party on appeal. CTA Dkt. 62.

5. On remand, APG-Neuros asked the Court to enter a revised judgment that made APG-Neuros the prevailing party on its Lanham Act and DTPA claims and granted APG-Neuros attorneys' fees and injunctive relief under those statutes. DCT Dkt. 285.

6. In a Memorandum Opinion and Order dated April 17, 2013 (but entered April 19, 2013), the Court granted all of the requested relief. DCT Dkt. 297.[2] The Court broadly enjoined KTurbo from repeating its false accusations or making similar statements, ordered KTurbo to issue corrective advertising, and determined that APG-Neuros is entitled to attorneys' fees. *Id.* at 10-11.

7. The Court also ordered that certain funds that KTurbo had previously deposited with the Court registry to secure a stay pending appeal be paid to APG-Neuros to satisfy the

---

[2] The Court also entered an amended judgment (DCT Dkt. 298), which it subsequently corrected to describe all of the awarded relief (DCT Dkt. 313).

previously entered damages and costs awards, plus interest.  *Id.* at 10; DCT Dkt. 316. APG-Neuros received the required payment in July 2013.

8.      In accord with the Court's instructions, the parties submitted competing proposals for the required corrective advertising and fully briefed their dispute over the matter.  DCT Dkts. 305, 308, 310, 311.

9.      The parties also began the process described in Local Rule 54.3 for determining the amount of attorneys' fees.  The parties' efforts included extensive settlement discussions pursuant to Local Rule 54.3(d).

10.      When those discussions did not timely produce an agreement, APG-Neuros filed a Motion for Attorneys' Fees on August 16, 2013.  DCT Dkt. 320.

11.      The parties soon thereafter reached a settlement agreement in principle to resolve all outstanding disputes in this case.  *See* DCT Dkt. 324.

12.      Following further discussions, the parties finalized the following settlement documents: (a) the Settlement Agreement; (b) a Security Agreement, and (c) the Stipulated Judgment.

13.      The parties completed the signing of the settlement documents on November 22, 2013.

14.      One term of the Settlement Agreement requires the parties to jointly move for entry of the Stipulated Judgment attached as Exhibit A to this Motion.  Pursuant to the Settlement Agreement, that Stipulated Judgment will become enforceable if KTurbo fails to make a required settlement payment on or before the required payment date. The first payment was due on September 1, 2013, and KTurbo timely made that payment.  The last two payments

are due on November 30, 2013 and December 31, 2013.  If APG-Neuros timely receives all required settlement payments, it must promptly execute an appropriate satisfaction of judgment.

15.     The Stipulated Judgment is a material, negotiated-for element of the parties' settlement.  It allowed APG-Neuros to agree on the settlement amount and payment schedule.  If the Stipulated Judgment were not entered as contemplated by the Settlement Agreement, APG-Neuros would be forced to shoulder unbargained-for risk.

16.     In other cases—including ones from this District—courts have entered similar judgments in connection with settlements.  *See, e.g.*, *Chemtreat, Inc. v. Kinsman*, No. 05-cv-1336, 2007 WL 772778 (C.D. Ill. Mar. 9, 2007); *Pape v. Great Lakes Chem. Co.*, No. 93 C 1585, 1998 WL 574377 (N.D. Ill. Sept. 1, 1998); *Diesel Specialists, Inc. v. Spivey Marine & Harbor Service Co.*, No. 95 C 0778, 1995 WL 593086 (N.D. Ill. Oct. 2, 1995).

WHEREFORE, the parties respectfully ask that the Court grant this motion and enter the attached Stipulated Judgment.

Dated:  November 25, 2013                          Respectfully submitted,

/s/ Joshua D. Yount                                /s/ Connie Sue Martin
Joshua D. Yount                                    Troy D. Greenfield
Christopher S. Comstock                            Connie Sue Martin
MAYER BROWN LLP                                    SCHWABE WILLIAMSON & WYATT
71 South Wacker Drive                              1420 Fifth Ave., Suite 3400
Chicago, Illinois 60606                            Seattle, WA 98101
(312) 782-0600                                     (206) 407-1556

*Counsel for Plaintiffs*                           /s/ Michael Kelber
                                                   Michael Kelber
                                                   Michael Turner
                                                   NEAL, GERBER & EISENBERG LLP
                                                   Two North La Salle Street
                                                   Chicago, IL 60602-3801
                                                   (312) 269-8000

                                                   *Counsel for Defendant*

# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| NEUROS CO., LTD. and AVIATION AND POWER GROUP INC., d/b/a, APG-NEUROS, INC., | ) ) ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 1:08-cv-05939 |
| | ) | |
| v. | ) | District Judge John W. Darrah |
| | ) | |
| KTURBO, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATED JUDGMENT**

This action was tried and decided by this Court without a jury, appealed to the U.S. Court of Appeals for the Seventh Circuit, and remanded to this Court for further proceedings. Pursuant to the parties' settlement, the Court hereby enters the following stipulated final judgment resolving all previously undecided matters in the above-captioned suit:

It is ordered that plaintiffs Neuros Co., Ltd. and Aviation and Power Group, Inc. (collectively "APG-Neuros") recover from defendant KTurbo, Inc. ("KTurbo") attorneys' fees in the amount of $1,063,647.35.

It is further ordered that KTurbo send the following corrective advertising, under its name and at its expense, to the persons and entities listed in the attached Exhibit 1, by first class U.S. Mail at the listed mailing address or, if no mailing address is available, by e-mail at the listed e-mail address:

**Corrective Advertising**

You are receiving this corrective advertising because you received an e-mail or other document from KTurbo, Inc. containing false allegations about Neuros and APG-Neuros or you attended a marketing or sales presentation at which KTurbo presented the false allegations.

On numerous occasions between July 2008 and October 2009, KTurbo stated that Neuros and APG-Neuros supposedly had committed crimes, cheated, and made

untrue claims by allegedly overstating the efficiency of Neuros turbo blowers in bid materials that APG-Neuros submitted to the South Valley, Utah Sewer District and in a CH2MHill report entitled "Factory Test/Trip Report NX300 Turbo Blower."

KTurbo's allegations about Neuros and APG-Neuros were <u>false</u>.  Neuros and APG-Neuros did <u>not</u> commit crimes, cheat, or make untrue statements in connection with the bid materials that APG-Neuros submitted to the South Valley, Utah Sewer District or the CH2MHill report entitled "Factory Test/Trip Report NX300 Turbo Blower."

KTurbo apologizes for any confusion created by its false allegations.

KTurbo, Inc.

_[signature of officer]_____

Date: _____

JOHN W. DARRAH
United States District Judge

**Exhibit 1**

| Name | Mailing Address | E-Mail Address |
|---|---|---|
| Roger Perrin | APSCO, Inc.<br>P.O. Box 2639<br>Kirkland, WA 98083 | rperrin@apsco-inc.com |
| Dale McBain | APSCO, Inc.<br>P.O. Box 2639<br>Kirkland, WA 98083 | dmcbain@apsco-inc.com |
| Shawn Clark | APSCO, Inc.<br>225 SW 4th St. #201<br>Corvallis, OR 97333-4872 | sclark@apsco-inc.com |
| Joe Kernkamp | APSCO, Inc.<br>P.O. Box 2639<br>Kirkland, WA 98083 | jkerncamp@apsco-inc.com |
| Frederick A. Johnson | Johnson Equipment Company<br>1200 S. Acadian Thruway, Suite 213<br>Baton Rouge, LA 70808 | fred@jeco.us |
| Robert Herrington | Johnson Equipment Company<br>1200 S. Acadian Thruway, Suite 213<br>Baton Rouge, LA 70808 | robert@jeco.us |
| Lou Arabia | Learco Equipment Company<br>1373 McLaughlin Run Rd.<br>P.O. Box 12730<br>Pittsburgh, PA 15241 | larabia@learco-inc.com |
| Dennis Telleck | Learco Equipment Company<br>1373 McLaughlin Run Rd.<br>P.O. Box 12730<br>Pittsburgh, PA 15241 | dtelleck@learco-inc.com |
| Kevin McDevitt | Learco Equipment Company<br>1373 McLaughlin Run Rd.<br>P.O. Box 12730<br>Pittsburgh, PA 15241 | kmcdevitt@learco-inc.com |
| Bill Montanaro, Sr. | Wesco Associates, Inc.<br>P.O. Box 370<br>686 South Street<br>Wrentham, MA 02093 | billsr@wescor1.net |
| Bill Montanaro, Jr. | Wesco Associates, Inc.<br>P.O. Box 370<br>686 South Street<br>Wrentham, MA 02093 | billjr@wescor1.net |

| Name | Mailing Address | E-Mail Address |
|---|---|---|
| Stephen Roach | Wesco Associates, Inc.<br>P.O. Box 370<br>686 South Street<br>Wrentham, MA 02093 | sroachct@wescor1.net |
| Dick Quinn | JETT Pump & Valve, LLC<br>4770 Pontiac Lake Rd.<br>Waterford, MI 48328 | rquinn@jettpump.com |
| unknown | Novatech Equipment Sales (Alta) Inc.<br>#69 Nottingham Estates<br>Sherwood Park, AB<br>T8A 5M2 | novatechab@shaw.ca |
| A. Clark Tuck | WACCO<br>4380 So. Syracuse Street, Suite 450<br>Denver, CO 80237 | c.tuck@watercontrolcorp.com |
| Mark Sampson | WACCO<br>4380 So. Syracuse Street, Suite 450<br>Denver, CO 80237 | m.sampson@watercontrolcorp.com |
| Bill Peretti | WACCO<br>4380 So. Syracuse Street, Suite 450<br>Denver, CO 80237 | b.peretti@watercontrolcorp.com |
| Mike Tooley | MISCOwater<br>5976 W. Las Positas Blvd #226<br>Pleasanton, CA 94588 | mtooley@miscowater.com |
| Steve Garnick | MISCOwater<br>5976 W. Las Positas Blvd #226<br>Pleasanton, CA 94588 | sgarnick@miscowater.com |
| David Ban | MISCOwater<br>5976 W. Las Positas Blvd #226<br>Pleasanton, CA 94588 | dban@miscowater.com |
| John Fuhrman | JWC Environmental Inc<br>2600 S. Garnsey Street<br>Santa Ana, CA 92707 | jfuhrman@miscowater.com |
| Bernie Pawlowski | Saddleback Environmental Equipment<br>6965 Corte Langosta<br>Carlsbad, CA 92009 | Bm3kb@aol.com |
| Steven Seymour | Saddleback Environmental Equipment<br>1779 Lemon Tree Ct.<br>San Marcos, CA 92078 | stevendseymour@aol.com |

| Name | Mailing Address | E-Mail Address |
|---|---|---|
| Art Anderson | Wastewater Equipment International, Inc. 4312 Jade Avenue Cypress, CA 90630 | A.anderson@wei-inc.com |
| Richard J. Corbett | Vessco, Inc. 8217 Upland Circle Chanhassen, Minnesota 55317 | dcorbett@vessco.com |
| Brian R. DeWolf | Vessco, Inc. 8217 Upland Circle Chanhassen, Minnesota 55317 | bdewolf@vessco.com |
| J. Craig Wilson | Vessco, Inc. 8217 Upland Circle Chanhassen, Minnesota 55317 | cwilson@vessco.com |
| Terry Schiro | Vessco, Inc. 8217 Upland Circle Chanhassen, Minnesota 55317 | tschiro@vessco.com |
| Darin Feist | Dakota Pump & Control 1 Cannon Street West Dundas, MN 55019 | dfeist@vessco.com |
| Jon Harger | Vessco, Inc. 414 S 17th ST Suite 101 Ames, IA 50010 | jharger@vessco.com |
| Matt Hillbrand | Kodru Equipment 3650 N. Chestnut St., Suite 102 Chaska, MN 55318 | mhillbrand@vessco.com |
| Eric Lyford | Vessco, Inc. 8217 Upland Circle Chanhassen, Minnesota 55317 | elyford@vessco.com |
| Peter Svebakken | Vessco, Inc. 8217 Upland Circle Chanhassen, Minnesota 55317 | psvebakken@vessco.com |
| Bruce Smith | Treatment Equipment Company 6220 Campbell Rd., Suite 101 Dallas, TX 75248 | bsmith@tectx.com |
| Bruce Wilbee | North Coast Environmental, Inc. 39W143 Bartelt Rd. Geneva, IL 60134 | bwilbee@northcoastenvironmental.com |
| James Spann | ECO-TECH, INC. 103 E. 7th St. Little Rock, AR 72201-4511 | jspann@eco-tech.net |

3

| Name | Mailing Address | E-Mail Address |
|---|---|---|
| Bill Cantwell | Henry P. Thompson Company<br>101 Main Street<br>Suite 300<br>Milford, Ohio 45150 | bcantwell@hpthompson.com |
| Gregory P. Jager | GP Jager & Associates<br>610 Winters Ave. #5<br>Paramus, NJ 07652-3911 | gjager@jagerinc.com |
| Bob Fenton | GP Jager & Associates<br>610 Winters Ave. #5<br>Paramus, NJ 07652-3911 | bfenton@jagerinc.com |
| Rich Fiedler | GP Jager & Associates<br>610 Winters Ave. #5<br>Paramus, NJ 07652-3911 | rfiedler@jagerinc.com |
| Lou Finelli | GP Jager & Associates<br>610 Winters Ave. #5<br>Paramus, NJ 07652-3911 | lfinelli@jagerinc.com |
| Ed Twiss | GP Jager & Associates<br>610 Winters Ave. #5<br>Paramus, NJ 07652-3911 | etwiss@jagerinc.com |
| Jim Casey | GP Jager & Associates<br>610 Winters Ave. #5<br>Paramus, NJ 07652-3911 | jcasey@jagerinc.com |
| Thomas F. McCormick | GP Jager & Associates<br>610 Winters Ave. #5<br>Paramus, NJ 07652-3911 | tmccormick@jagerinc.com |
| James Chastain | Heyward, Inc.<br>10146 West Broad Street<br>Glen Allen, VA 23060 | jchastain@heywardincorporated.com |
| Mike Morris | Heyward, Inc.<br>10146 West Broad Street<br>Glen Allen, VA 23060 | mmorris@heywardincorporated.com |
| Mark Morgan | Heyward, Inc.<br>10146 West Broad Street<br>Glen Allen, VA 23060 | mmorgan@heywardincorporated.com |
| Steve Childers | Heyward, Inc.<br>10146 West Broad Street<br>Glen Allen, VA 23060 | schilders@heywardincorporated.com |

| Name | Mailing Address | E-Mail Address |
|---|---|---|
| John Seaman | Heyward, Inc.<br>P.O. Box 479<br>Pocomoke City, MD 21851 | jseaman@heywardincorporated.com |
| Ed Presnell | Heyward, Inc.<br>8318 Pete Wiles Road<br>Middletown, MD 21769 | epresnell@heywardincorporated.com |
| Wiekert Miolee | United Blower, Inc.<br>1198 Airport Drive<br>Ballground, GA 30107 | unitedblower@alltell.net |
| Vic Miolee | United Blower, Inc.<br>1198 Airport Drive<br>Ballground, GA 30107 | unitedblower@alltell.net |
| unknown | unknown | curtdubi@hotmail.com |
| Jennifer Smith | United Blower, Inc.<br>1198 Airport Drive<br>Ballground, GA 30107 | jen@unitedblower.com |
| Jerry Wills | Principle Environmental Inc.<br>1770 The Exchange SE, Suite 210<br>Atlanta, GA 30339 | Jerrywills@mindspring.com |
| Bob Sender | Principle Environmental Inc.<br>1770 The Exchange SE, Suite 210<br>Atlanta, GA 30339 | bobsender@mindspring.com |
| Richard L. Koch | Vandevanter Engineering Co.<br>1617 Manufacturers Dr.<br>Fenton, MO 63026 | Dkoch@vandevanter.com |
| Dan Bailey | Lee Matthews Equipment, Inc.<br>500 W, 5th St.<br>Kansas City, MO 64105 | Dan_Bailey@LeeMatthews.com |
| Mark Koester | Koester Associates<br>3101 Seneca Turnpike<br>Canastota, NY 13032 | mark@koesterassociates.com |
| Scott Orth | HTE Technologies<br>2021 Congressional Drive<br>Saint Louis, MO 63146-4103 | sorth@htetechnologies.com |
| Keith Lynch | HTE Technologies<br>2021 Congressional Drive<br>Saint Louis, MO 63146-4103 | klynch@htetechnologies.com |

| Name | Mailing Address | E-Mail Address |
|---|---|---|
| Jim Walters | HTE Technologies<br>2021 Congressional Drive<br>Saint Louis, MO 63146-4103 | jwalters@htetechnologies |
| Kevin Carroll | HTE Technologies<br>2021 Congressional Drive<br>Saint Louis, MO 63146-4103 | kcarroll@htetechnologies |
| Todd Mays | Delta Industries, Inc.<br>2201 Curtiss St.<br>Downers Grove, IL 60515 | tmays@harrisequipment.com |
| Scott Garrett | Garrett4Pumps Co., LLC<br>114 Old Hollow Rd.<br>Williamsburg, VA 23185-5840 | sgarrett@garrett4pumps.com |
| Bill Montgomery | Excelsior Blower Systems, Inc.<br>2601 Kutztown Rd.<br>Reading, PA 19612-5126 | bill@excelsiorblower.com |
| unknown | Link Industrial Americas, LLC<br>1008 W. Ferguson Street<br>Pharr, TX 78577 | linkindustrial@email.com |
| Ray Fiechter | Universal Blower Pac, Inc.<br>440 Park 32 West Drive<br>Noblesville, IN 46062-9252 | rfiechter@universalblowerpac.com |
| Paul Hughes | Western Water Constructors, Inc.<br>707 Aviation Blvd. Santa<br>Rosa, CA 95403 | paul.hughes@westernwater.com |
| John McGarva | Western Water Constructors, Inc.<br>707 Aviation Blvd.<br>Santa Rosa, CA 95403 | john.mcgarva@westernwater.com |
| Dennis Livingston | Ovivo USA, LLC<br>2404 Rutland Drive<br>Austin, TX 78758 | dennis.livingston@glv.com |
| John Alligood | City of Round Rock<br>Utilities & Environmental Services<br>2008 Enterprise Drive<br>Round Rock, Texas 78664 | john.alligood@glv.com |
| Gregory Harris | Herwit Engineering<br>6200 Center Street, Suite 310<br>Clayton, CA 94517 | gharris@herwit.com |
| Bowen & Collins | Bowen & Collins<br>154 East 14000 South<br>South Draper, Utah 84020 | info@bowencollins.com |

| Name | Mailing Address | E-Mail Address |
|---|---|---|
| Julie Gass | Black and Veatch<br>11401 Lamar Avenue<br>Overland Park, KS 66211 | Corporateinfo@bv.com |
| Darren Edwards | CH2MHill<br>1100 NE Circle Blvd., Suite 300<br>Corvallis, OR 97330 | |
| Bryan Youker | CH2MHill<br>1100 NE Circle Blvd., Suite 300<br>Corvallis, OR 97330 | |
| Douglas Berschauer | CH2MHill<br>1601 5th Ave Ste 1100<br>Seattle, WA 98101 | |
| Union Rome WWTP | Union Rome WWTP<br>P.O. Box 430<br>Chesapeake, OH 45619 | |
| City of West Haven Public Works | City of West Haven Public Works<br>City Hall<br>355 Main St., 3rd Floor<br>West Haven, CT 06516 | |
| City of Meriden Water Pollution Control Division | City of Meriden<br>Water Pollution Control Division<br>226 Evansville Ave.<br>Meriden, CT 06451 | |
| Narragansett Bay Commission | Narragansett Bay Commission<br>Field's Point Wastewater Treatment Facility<br>1 Service Rd.<br>Providence, RI 02905-5505 | |
| Sulzer Pump Solutions (US) Inc. | Sulzer Pump Solutions (US) Inc.<br>ABS USA (ABS Products)<br>140 Pond View Drive<br>Meriden, CT 06450 | |
| Alvin Firmin | 4 Lake View Dr.<br>New Hampton, NH 03256 | |
| Alex Chen | Airofluid Pumps & Compressors SDN BHD<br>9 Jalan Sungai Besi Indah<br>43300 Seri Kembanagan<br>Selangor, Malaysia | alex.chen@airofluid.com |

| Name | Mailing Address | E-Mail Address |
|---|---|---|
| Richard Ryan | Aquatec, Inc.<br>1235 Shappert Dr.<br>Rockford, IL 61115 | rjryan@aquatecinc.com |
| Doug | Baker & Associates<br>19425 CH 4<br>Carey, OH 43316 | doug@hlbaker.com |
| Ted Baker | Baker & Associates<br>6858 Deepwood Lane<br>Mayfield Village, OH 44143 | kingsnu@aol.com |
| Supakit Boonumnuay | Comtech Intertrade Co., Ltd.<br>126-127 T.Bangpueng A.Phrapradeang<br>10310 Samutprakarn/Thailand | supakit@comtech.co.th |
| Patrick J. Conway | Conway Process Equipment Co.<br>P.O. Box 1873<br>Williamsville, NY 14231 | pjccpe@aol.com |
| | | Jsacco12@yahoo.com |
| Gail Crocker | Crocker & Associates, Inc.<br>1421 Cambridge Avenue<br>Gastonia, NC 28054-1532 | gail.crocker@crocker-associates.com |
| Jon Baker | Templeton & Associates Engineering Sales<br>Suite 100, 4324 Brogdon Exchange<br>Suwanee, GA 30024 | jon.baker@comcast.net<br>jon@templeton-associates.com |
| Kevin Ritchie | Ritchie Environmental Solutions, LLC<br>6209 Lansgate Road<br>Midlothian, VA 23112 | kevinritchie@comcast.net |
| Mike Davis | Crocker & Associates, Inc.<br>110 Shannon Dr<br>Greenville, SC 29615 | mhd123@charter.net |
| Monte Ridenhour | Crocker & Associates, Inc.<br>1131 Mt. Gallant Road<br>Rock Hill, SC 29732 | montenc@bellsouth.net |
| Tim Boyne | JPS Industries Inc<br>1131 Mt. Gallant Road<br>Rock Hill, South Carolina 29732 | timboyne@charter.net |
| | Dal Pos Aria Compressa SRL<br>Via Friuli, 65<br>31015<br>Conegliano, Italy | sandro@dalposariacompressa.it |
| | | spezzibottiani@libero.it |

| Name | Mailing Address | E-Mail Address |
|------|-----------------|----------------|
| | | whale@minuet.plala.or.jp |
| Ed Pikovnik | ENV Treatment Systems Inc.<br>70 High Street<br>Etobicoke<br>Ontario, M8Y 3N9<br>Canada | envinc@interlog.com |
| Jacques N. | ENV Treatment Systems Inc.<br>70 High Street<br>Etobicoke<br>Ontario, M8Y 3N9<br>Canada | jacquesn@envinc.ca |
| Alan Grieve | Geiger Pump & Equipment Group<br>830 Tryens Road<br>Aston, PA 19014-1533 | agreve@geigerinc.com |
| Chris Brown | Geiger Pump & Equipment Co.<br>8924 Yellow Brick Road<br>Baltimore, MD 21237 | cbrown@geigerinc.com |
| Dave Evers | Geiger Pump & Equipment Co.<br>8924 Yellow Brick Road<br>Baltimore, MD 21237 | devers@geigerinc.com |
| J. Elgert | Geiger Pump & Equipment Co.<br>8924 Yellow Brick Road<br>Baltimore, MD 21237 | jelgert@geigerinc.com |
| M. Swartz | Geiger Pump & Equipment Co.<br>8924 Yellow Brick Road<br>Baltimore, MD 21237 | mswartz@geigerinc.com |
| R. Greve | Geiger Pump & Equipment Co.<br>8924 Yellow Brick Road<br>Baltimore, MD 21237 | rgreve@geigerinc.com |
| Rebekah Macko | Geiger Pump & Equipment Co.<br>8924 Yellow Brick Road<br>Baltimore, MD 21237 | rmacko@geigerinc.com |
| Sara Urban | Geiger Pump & Equipment Group<br>830 Tryens Road<br>Aston, PA 19014-1533 | surban@geigerinc.com |
| Tiffany Bain | Geiger Pump & Equipment Co.<br>8924 Yellow Brick Road<br>Baltimore, MD 21237 | tbain@geigerinc.com |
| Gorazd Bregar | HPE d.o.o.<br>Dolenjska c.83. SI-1000 Ljubljana<br>Slovenia | gorazd.bregar@hpe.si |

| Name | Mailing Address | E-Mail Address |
|---|---|---|
| Scott Orth | HTE Technologies<br>2021 Congressional Dr.<br>St. Louis, MO 63146 | scott.orth@htetech.com |
| Kor Hock Lai | Hydro One PTE Ltd.<br>33 Lichi Avenue<br>Singapore 348807 | hlkor@h1.com.sg |
| Michael Smith | INVENT Pacific Pty. Ltd.<br>2 Woolshed Lane<br>P.O. Box 8096<br>East Orange 2800<br>NSW Australia | msmith@invent-pacific.com |
| Dwight Thompson | J. Dwight Thompson Company<br>PO Box 505<br>Miamitown, OH 45041 | dwight@jdtco.com |
| Marc Nusser | J. Dwight Thompson Company<br>PO Box 505<br>Miamitown, OH 45041 | marc@jdtco.com |
| Patrick Bollman | J. Dwight Thompson Company<br>PO Box 505<br>Miamitown, OH 45041 | patrick@jdtco.com |
| Rick Wilhelm | J. Dwight Thompson Company<br>PO Box 505<br>Miamitown, OH 45041 | rick@jdtco.com |
| Jeff | Gasho<br>460 W. Gay Street<br>West Chester, PA 19380 | Jeff@gasho.org |
|  |  | bobhuse@hotmail.com |
|  | Green & Green Associates<br>P.O. Box 1458<br>Concord, MA 01742 | ggrep@verizon.net |
| Jerry | Gasho<br>460 W. Gay Street<br>West Chester, PA 19380 | jerry@gasho.org |
| Jim Gasho, Jr. | Gasho<br>460 W. Gay Street<br>West Chester, PA 19380 | jimjr@gasho.org |
| Jim Gasho, Sr. | Gasho<br>460 W. Gay Street<br>West Chester, PA 19380 | jimsr@gasho.org |

| Name | Mailing Address | E-Mail Address |
|---|---|---|
| Mike | Gasho<br>460 W. Gay Street<br>West Chester, PA 19380 | mike@gasho.org |
| Wan Sog Ko | Ko Wan Sog<br>Via Leonardo Da Vinci, 26<br>Vignate, 20060, Milan, Italy | wansog.koh@gmail.com |
| Alon | L.A. Engineering & Consulting Co. Ltd.<br>25 Ha`ela St.<br>P.O.B 2907<br>Even Yehuda 40500, Israel | alon@laeng.co.il |
| Arad | L.A. Engineering & Consulting Co. Ltd.<br>25 Ha`ela St.<br>P.O.B 2907<br>Even Yehuda 40500, Israel | arad@laeng.co.il |
| Greg Herman | Lee Matthews Equipment, Inc.<br>318 Broadway<br>Kansas City, MO 64105 | greg_herman@leemathews.com |
| Jay Christian Baldo | Mega Xenon Asia Industrial Inc. | jaychristianbaldo@yahoo.com |
| Ing. Miloslav Dočkal | Mondo s.r.o.<br>Weighing 899, 500 03<br>Hradec Králové | mdockal@mondo.cz |
| Yibyeonghak | Korea Uni-line<br>Guangzhou Dong Gung 52-2 | mou9181@hanmail.net |
| A. Watland | Northwestern Power Equipment Company<br>P.O. Box 525<br>Excelsior, MN 55331 | awatland@nwpeco.com |
| David Kluck | Northwestern Power Equipment Company<br>2740 Patton Road<br>P.O. Box 131180<br>Roseville, MN 55113 | dakluck@nwpeco.com |
| Don Kluck | Northwestern Power Equipment Company<br>2740 Patton Road<br>P.O. Box 131180<br>Roseville, MN 55113 | ddkluck@nwpeco.com |

| Name | Mailing Address | E-Mail Address |
|---|---|---|
| Doug Madole | Northwestern Power Equipment Company<br>2740 Patton Road<br>P.O. Box 131180<br>Roseville, MN 55113 | dmadole@nwpeco.com |
| J. Davis | Northwestern Power Equipment Company<br>2740 Patton Road<br>P.O. Box 131180<br>Roseville, MN 55113 | jdavis@nwpeco.com |
| Linda Gleater | Northwestern Power Equipment Company<br>2740 Patton Road<br>P.O. Box 131180<br>Roseville, MN 55113 | lgeater@nwpeco.com |
| R. Gerhard | Northwestern Power Equipment Company<br>2740 Patton Road<br>P.O. Box 131180<br>Roseville, MN 55113 | rgerhard@nwpeco.com |
| Bob Shannon | Northwestern Power Equipment Company<br>2740 Patton Road<br>P.O. Box 131180<br>Roseville, MN 55113 | rshannon@nwpeco.com |
| Terry Estenson | Northwestern Power Equipment Company<br>2740 Patton Road<br>P.O. Box 131180<br>Roseville, MN 55113 | testenson@nwpeco.com |
| Chuck Hansen | Peterson and Matz, Inc.<br>6408 River Bend Road, Suite 100<br>Weston, WI 54476 | CHUHANS@AOL.COM |
| Dale Bentley | Peterson and Matz, Inc.<br>30701 W. Ten Mile Road, Suite 100<br>Farmington Hills, MI 48336 | bentpmi@aol.com |
| Bob Poglits | Peterson and Matz, Inc.<br>30701 W. Ten Mile Road, Suite 100<br>Farmington Hills, MI 48336 | bobpog2@aol.com |
| Dean Wiebenga | Peterson and Matz, Inc.<br>2250 Point Blvd., Suite 300, Elgin, IL 60123-7871 | deanpmi@aol.com |

| Name | Mailing Address | E-Mail Address |
|---|---|---|
| Rob Szekeress | Peterson and Matz, Inc.<br>6408 River Bend Road, Suite 100<br>Weston, WI 54476 | robpmi@charter.net |
| David Peacock | Principle Environmental Inc.<br>1770 The Exchange SE, Suite 210<br>Atlanta, GA  30339 | davpeacock@mindspring.com |
| John Harward | Principle Environmental Inc.<br>1770 The Exchange SE, Suite 210<br>Atlanta, GA  30339 | johnharward@mindspring.com |
| Dan Walker | R.A. Ross N.E., Inc.<br>10280 Brecksville Rd<br>Brecksville, OH 44141 | danw@rarossne.com |
| Ron Lauber | R.A. Ross N.E., Inc.<br>10280 Brecksville Rd<br>Brecksville, OH 44141 | ronl@rarossne.com |
| R. Ceada | RKR<br>Gartenstr. 7<br>73054 Eislingen<br>Germany | rceada@rkr.de |
| Ingo Kammeyer | Aerzen<br>Reherweg 28<br>31855 Aerzen<br>Germany | Ingo.Kammeyer@aerzener.de |
| F. Schulz | RKR<br>Gartenstr. 7<br>73054 Eislingen<br>Germany | fschulz@rkr.de. |
|  |  | hfe@ebeconsult.at |
| H. Ziegemeier | RKR<br>Gartenstr. 7<br>73054 Eislingen<br>Germany | hziegemeier@rkr.de |
| J. Wiemers | RKR<br>Gartenstr. 7<br>73054 Eislingen<br>Germany | jwiemers@rkr.de |
| M. Niepelt | RKR<br>Gartenstr. 7<br>73054 Eislingen<br>Germany | mniepelt@rkr.de |

| Name | Mailing Address | E-Mail Address |
|---|---|---|
| M. Sieber | RKR<br>Gartenstr. 7<br>73054 Eislingen<br>Germany | msieber@rkr.de |
| Ulrich Pfeifer | RKR<br>Gartenstr. 7<br>73054 Eislingen<br>Germany | upfeifer.kr@t-online.de<br>ulrich.pfeifer@rkr.de |
| W. Ehrich | RKR<br>Gartenstr. 7<br>73054 Eislingen<br>Germany | wehrich@rkr.de |
| Paul | TEC<br>923 Moreno Avenue<br>Palo Alto, CA 94303 | paul@tec-ca.com |
|  |  | amandish@siewertequipment.com |
| Bruce Javits | Siewert Equipment Company<br>175 Akron Street<br>Rochester, New York 14609 | bjavits@siewertequipment.com |
| Dan Chacchia | Siewert Equipment Company<br>175 Akron Street<br>Rochester, New York 14609 | dchacchia@siewertequipment.com |
| Dan Ryan | Siewert Equipment Company<br>175 Akron Street<br>Rochester, New York 14609 | dryan@siewertequipment.com |
| Dave Wetsel | Siewert Equipment Company<br>244 First Street<br>Troy, New York 12180 | dwetsel@siewertequipment.com |
| Jerry Connolly | Siewert Equipment Company<br>175 Akron Street<br>Rochester, New York 14609 | jconnolly@siewertequipment.com |
| John Fung | Siewert Classic Equipment<br>108 Badger Park Drive<br>Jacksonville, FL 32259 | jfung@siewertequipment.com |
| John Hanson | Siewert Equipment Company<br>175 Akron Street<br>Rochester, New York 14609 | jhanson@siewertequipment.com |
| Jim Locke | Siewert Equipment Company<br>175 Akron Street<br>Rochester, New York 14609 | jlocke@siewertequipment.com |

| Name | Mailing Address | E-Mail Address |
|---|---|---|
| Jamie Rodger | Siewert Equipment Company<br>175 Akron Street<br>Rochester, New York 14609 | jrodger@siewertequipment.com |
| Kathy Decker | Siewert Equipment Company<br>175 Akron Street<br>Rochester, New York 14609 | kdecker@siewertequipment.com |
| Kate Interlichia | Siewert Equipment Company<br>2829 Wehrle Drive, Suite 12B<br>Williamsville, NY 14221 | kinterlichia@siewertequipment.com |
| Keith Krug | Siewert Equipment Company<br>175 Akron Street<br>Rochester, New York 14609 | kkrug@siewertequipment.com |
| Kevin Ryan | Siewert Equipment Company<br>175 Akron Street<br>Rochester, New York 14609 | kryan@siewertequipment.com |
| Marty Alderhold | Siewert Classic Equipment<br>108 Badger Park Drive<br>Jacksonville, FL 32259 | maderhold@siewertequipment.com |
| Mark Siewert | Siewert Equipment Company<br>175 Akron Street<br>Rochester, New York 14609 | msiewert@siewertequipment.com |
|  |  | nharris@siewertequipment.com |
| Pat Mahaney | Siewert Equipment Company<br>2829 Wehrle Drive, Suite 12B<br>Williamsville, NY 14221 | pmahaney@siewertequipment.com |
| Rich Beschler | Siewert Equipment Company<br>175 Akron Street<br>Rochester, New York 14609 | rbeschler@siewertequipment.com |
| Vic Valerio | Siewert Classic Equipment<br>5675 New Tampa Highway # 8<br>Lakeland, FL 33801 | vvalerio@siewertequipment.com |
| David L. Mueller | TSC-Jacobs, Inc.<br>11021 Countryway Blvd.<br>Tampa, Florida 33626 | dave@tscjacobs.com |
| John Verscharen | EMICO Water Technologies<br>c/o TSC-Jacobs, Inc.<br>24156 SR 54, Suite 3<br>Lutz, FL 33559 | johntscjn@verizon.net |

| Name | Mailing Address | E-Mail Address |
|------|----------------|----------------|
| Paul S. Jacobs | TSC-Jacobs, Inc. 11021 Countryway Blvd. Tampa, Florida 33626 | paul@tscjacobs.com |
| Paul Wachter | TSC-Jacobs, Inc. 24156 SR 54, Suite 3 Lutz, FL 33559 | paultscjn@verizon.net |
| Todd Rubens | TSC-Jacobs, Inc. 11021 Countryway Blvd. Tampa, Florida 33626 | todd@tscjacobs.com |
| Kraisee Chaiworachat | Therec Kinematics Co., Ltd. 9/174 Moo 7, Ban Suanrimcling-Bangmod, Phutthabucha Rd., Bangmot, Chomthong, Bangkok 10150, Thailand | kraisee.ch@thereckinematics.com |
| Brian Bena | Vandevanter Engineering 1617 Manufacturers Dr. Fenton, MO 63026 | bbena@vandevanter.com |
| Charlie Mattern | Vandevanter Engineering 1617 Manufacturers Dr. Fenton, MO 63026 | cmattern@vandevanter.com |
| Mike Rynd | Vandevanter Engineering 1617 Manufacturers Dr. Fenton, MO 63026 | mrynd@vandevanter.com |
| Sean Helmer | Vandevanter Engineering 1617 Manufacturers Dr. Fenton, MO 63026 | shelmer@vandevanter.com |
| Tom Marquis | Vandevanter Engineering 1617 Manufacturers Dr. Fenton, MO 63026 | tmarquis@vandevanter.com |
| Aaron | Velocity Industrial 17300 Hwy 205 Terrell, TX 75160 | aaron@velocityindustrial.com |
| Jennifer | Velocity Industrial 17300 Hwy 205 Terrell, TX 75160 | jennifer@velocityindustrial.com |
| Rodney | Velocity Industrial 17300 Hwy 205 Terrell, TX 75160 | rodney@velocityindustrial.com |
| Tina | Velocity Industrial 17300 Hwy 205 Terrell, TX 75160 | tina@velocityindustrial.com |

| Name | Mailing Address | E-Mail Address |
|------|-----------------|----------------|
| Toney | Velocity Industrial<br>17300 Hwy 205<br>Terrell, TX 75160 | toney@velocityindustrial.com |
| | Ankara Hamak Makina Sanayi ve Ticaret A.S.<br>Turgut Özal Bulvarı 3129. Sok. No: 18 Sanayi Bölgesi Kazan<br>ANKARA<br>TURKEY | ksever@vortexcompressor.com |
| Brandon Pate | WWaterTech, Inc.<br>3104 Washington St.<br>Waller, TX 77484 | bdpate@wwatertec.com |
| Bill Hallcroft | WWaterTech, Inc.<br>3901 Airport Freeway, Suite 305<br>Bedford, TX 76021 | bhallcroft@wwatertec.com |
| Brett Pate | WWaterTech, Inc.<br>3104 Washington St.<br>Waller, TX 77484 | brett.pate@wwatertec.com |
| Keith Mayfield | WWaterTech, Inc.<br>867 FM 1966<br>Maxwell, TX 78656 | kmayfield@wwatertec.com |
| Paul Baumler | WWaterTech, Inc.<br>2550 Midway Rd., Suite 230<br>Carrollton , TX 75006 | pbaumler@wwatertec.com |
| Steve Holt | WWaterTech, Inc.<br>3104 Washington St.<br>Waller, TX 77484 | sholt@wwatertec.com |
| Wes Holt | WWaterTech, Inc.<br>3104 Washington St.<br>Waller, TX 77484 | wholt@wwatertec.com |
| Diedra | United Blower, Inc.<br>1198 Airport Drive<br>Ballground, GA 30107 | deidra@unitedblower.com |
| HST | HST Systemtechnik<br>Anklamer Str. 38<br>10115 Berlin | ortrun.franchy@hst.de |
| HDR, Inc. | HDR<br>8404 Indian Hills Drive<br>Omaha, NE 68114-4098 | |

| Name | Mailing Address | E-Mail Address |
|---|---|---|
| Hazen & Sawyer | Paul Pitt<br>2121 North California Boulevard, Suite 290<br>Walnut Creek, CA, 94596 | ppitt@hazenandsawyer.com |
| Black & Veatch – Providence, R.I. office | | |