

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

NEUROS CO., LTD. and AVIATION AND )
POWER GROUP INC., d/b/a, APG-NEUROS, )
INC., )
                                Plaintiffs, )    Case No. 1:08-cv-05939
       v. )    District Judge John W. Darrah
KTURBO, INC., )
                                Defendant. )

## STIPULATED JUDGMENT

This action was tried and decided by this Court without a jury, appealed to the U.S. Court of Appeals for the Seventh Circuit, and remanded to this Court for further proceedings. Pursuant to the parties' settlement, the Court hereby enters the following stipulated final judgment resolving all previously undecided matters in the above-captioned suit:

It is ordered that plaintiffs Neuros Co., Ltd. and Aviation and Power Group, Inc. (collectively "APG-Neuros") recover from defendant KTurbo, Inc. ("KTurbo") attorneys' fees in the amount of $1,063,647.35.

It is further ordered that KTurbo send the following corrective advertising, under its name and at its expense, to the persons and entities listed in the attached Exhibit 1, by first class U.S. Mail at the listed mailing address or, if no mailing address is available, by e-mail at the listed e-mail address:

### Corrective Advertising

You are receiving this corrective advertising because you received an e-mail or other document from KTurbo, Inc. containing false allegations about Neuros and APG-Neuros or you attended a marketing or sales presentation at which KTurbo presented the false allegations.

On numerous occasions between July 2008 and October 2009, KTurbo stated that Neuros and APG-Neuros supposedly had committed crimes, cheated, and made

untrue claims by allegedly overstating the efficiency of Neuros turbo blowers in bid materials that APG-Neuros submitted to the South Valley, Utah Sewer District and in a CH2MHill report entitled "Factory Test/Trip Report NX300 Turbo Blower."

KTurbo's allegations about Neuros and APG-Neuros were _false_. Neuros and APG-Neuros did _not_ commit crimes, cheat, or make untrue statements in connection with the bid materials that APG-Neuros submitted to the South Valley, Utah Sewer District or the CH2MHill report entitled "Factory Test/Trip Report NX300 Turbo Blower."

KTurbo apologizes for any confusion created by its false allegations.

                                              KTurbo, Inc.

                                              [signature of officer]

Date: _December 4, 2013_                _[signature]_
                                                    JOHN W. DARRAH
                                                    United States District Judge